IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TERRELL MACK,

    Petitioner,

v.

WARDEN SWANEY,

    Respondent.

CIVIL ACTION NO.: 2:24-cv-37

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 9.  The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 20th day of June, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA